IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00498-MSK-KLM

MARK JORDAN,

    Plaintiff(s),

v.

R. WILEY, Warden, ADX Florence,
H. LAPPIN, Director, Bureau of Prisons, and
U.S. BUREAU OF PRISONS,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Unopposed Motion for Leave to Answer** [Docket No. 50; filed May 30, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendants' Answer [Docket No. 50-2] is accepted for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that a status conference is set for **June 18, 2008 at 3:00 p.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado to discuss discovery and the filing of the Administrative Record. Plaintiff and his case manager shall contact the court at: (303) 335-2770 on the above date and time in order to participate.

    Dated: June 2, 2008