IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00498-MSK-KLM

MARK JORDAN,

    Plaintiff(s),

v.

R. WILEY, Warden, ADX Florence,
H. LAPPIN, Director, Bureau of Prisons, and
U.S. BUREAU OF PRISONS,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion for Order Permitting Deposition of Federal Bureau of Prisons Inmate Jordan** [Docket No. 89; Filed February 24, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Pursuant to Fed. R. Civ. P. 30(a)(2), the deposition of Mark Jordan shall be held at a date and time agreed upon by the parties, but not to exceed seven hours total.

    Dated: February 25, 2009