IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00498-MSK-KLM

MARK JORDAN,

    Plaintiff(s),

v.

R. WILEY, Warden, ADX Florence,
H. LAPPIN, Director, Bureau of Prisons, and
U.S. BUREAU OF PRISONS,

    Defendant(s).

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Strike Deposition and for Sanctions** [Docket No. 107; Filed May 18, 2009] (the "Motion").  Plaintiff has moved to withdraw the Motion. [Docket No. 123].  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot.**

Dated:  July 20, 2009

                                                BY THE COURT:

                                                s/ Kristen L.  Mix
                                                Kristen L.  Mix
                                                United States Magistrate Judge